IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| NICOLE A. CARDOSO | ) | TRIAL BY JURY DEMAND |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS | ) ) | |
| | ) | |
| Defendant | ) | |

## COMPLAINT

### JURISDICTION AND VENUE

1. This is a claim for relief under Title VII of the Civil Rights Act of 1964, Title 42 U.S.C. §§2000e- 2 and 2000e-3. Federal question jurisdiction is posited upon Title 28 U.S.C. §1343(4).

2. Defendant is an employer within the meaning of the Act. The conduct complained of occurred within this judicial district, at or near Schaumburg, Illinois.

### ADMINISTRATIVE PROCEDURES

3. Before filing suit, plaintiffs filed a charge of discrimination against the employer with the Illinois Department of Human Rights. The Equal Employment Opportunity Commission was notified of said charge. Within ninety days of the date of filing this suit, a right-to-sue letter from the Equal Employment Opportunity Commission was issued; and this suit has been timely filed within 90 days of receipt of said right-to-sue letter.

**STATEMENT OF CLAIM**

4.      Plaintiff is a Hispanic woman presently 44 years of age. For about 15 years, she performed her duties to the legitimate expectations of the employer, and received promotions accordingly. For the last few years of her employment, she was employed as an assistant store manager at an hourly wage of $17.59, plus commissions and benefits.

5.      Between about August 2011 and August 2012, when one AMR WAHBA (upon information and belief, believed to be of a segment of Middle Eastern men who disdain women and treat them condescendingly) became her district manager, she was subjected to a gender-based hostile work environment wherein he would treat her, and other women, in a demeaning, humiliating and condescending manner in the presence of male co-workers.

6.      On or about July 21, 2012 plaintiff complained to ILKA NÚÑEZ, a manager in defendant's human resources department in Schaumburg, Illinois, of AMR WAHBA's offensive, gender-based conduct; following that, on August 14, 2012 at about 1:30 P.M., AMR WAHBA, in retaliation for her complaint, maliciously and discriminatorily discharged plaintiff for the pretextual reason that she had initiated a physical altercation with a male employee, who was not disciplined, in violation of 42 U.S.C. 2000e-3.

7.  As a direct and proximate result of the employer's unlawful conduct, plaintiff has been embarrassed, humiliated, inconvenienced, lost enjoyment of life, suffered a tangible employment action and been economically harmed.

**PRAYER FOR RELIEF**

8.      Wherefore, plaintiff, NICOLE A. CARDOSO, asks the court to enter judgment, upon the verdict of a jury, in her favor, and against the defendant, CELLCO PARTNERSHIP

d/b/a VERIZON WIRELESS, for all reasonable relief to which she may be entitled under 42 U.S.C. 1981a, §2000e-5(g) and (k), and 42 U.S.C. 1981a.

/S/ *Ernest T. Rossiello*

_____
ERNEST T. ROSSIELLO

ERNEST T. ROSSIELLO & ASSOCIATES, P.C.
134 North LaSalle Street, Suite 1760
Chicago, Illinois 60602-1005
Email: ETR@rossiellolaw.com
Telephone: (312) 346-8920
Telefax: (312) 291-8919

Attorney for Plaintiff